UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:24-po-00269-HBK |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND AND MODIFY TERMS OF PROBATION |
| DALTON R. DUNN, | |
| Defendant. | (Doc. No. 8) |

Pending before the Court is Defendant's Unopposed Motion to Extend and Modify Terms of Probation filed September 5, 2024. (Doc. No. 8). The parties jointly petition the Court to extend Defendant's period of probation by four (4) months and to continue the October 1, 2024 Review Hearing to February 13, 2025.[1] (*Id.*). Pursuant to 18 U.S.C. § 3563(c) and Fed. R. Crim. P. 32.1(c), the Court grants the Motion as set forth below.

On July 9, 2024, Mr. Dunn pled guilty to a violation of 36 C.F.R. § 4.22(b)(3), failure to maintain control of a vehicle and the Court imposed a 3-month term of probation with an expiration date of October 9, 2024. (Doc. No. 5, 6). The terms of Mr. Dunn's probation included that he must pay a $500 fine and a $10 special assessment to the Central Violations Bureau no later than September 9, 2024. (*Id.*). Additionally, the Court ordered Defendant to appear at a Probation Review hearing on October 1, 2024, at 10:00 a.m., and submit a Probation Review Status Report

---

[1] The Court's February criminal calendar is Tuesday, February 11, 2025.

two weeks prior. (*Id*.).

After sentencing, Defendant suffered financial setbacks due a loss of employment and requires an extension to his period of probation to find employment and pay the fine and assessment. Defendant expressly waives any right to hearing on the modification. Fed. R. Crim. P. 32.1(c)(2)(A).

Accordingly, it is **ORDERED**:

1. The Unopposed Motion to Extend Probation and Continue Review Hearing (Doc. No. 8) is GRANTED.

2. Pursuant to 18 U.S.C. § 3563(c), the Court extends Defendant's period of unsupervised probation to February 14, 2025**.**

3. The October 1, 2024 Review Hearing is CONTINUED to February 11, 2025 at 10:00 a.m. with a status report due no later than February 4, 2025. If Defendant is in full compliance with his modified probation, he may include a request to vacate the February 11, 2025 Review Hearing.

Dated:     September 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE